868

No. 88–5376.  ELLERBE *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 88–5379.  HEFNER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5380.  ZUKOWSKI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 88–5398.  GIBSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–1646.  SEQUOIA BOOKS, INC. *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction.

No. 87–1660.  ILLINOIS *v.* MARINEZ ET UX.   App. Ct. Ill., 3d Dist.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 87–1869.  ARCTIC SLOPE REGIONAL CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir.   Motion of Alaska Federation of Natives for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 87–1962.  UNTERMEYER *v.* VALHI, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 87–2082.  MACARTHUR CO. ET AL. *v.* JOHNS-MANVILLE CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 88–5199.  GRAVES *v.* BIDNET, INC.   C. A. 4th Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 87–1968.  BELLO ET AL. *v.* WALKER ET AL.   C. A. 3d Cir.   Motion of Pacific Legal Foundation for leave to file a brief as